UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAPS-PROFESSIONAL ADVERTISING &
PRODUCTION SPECIALIST, INC.,

          Plaintiff,

- against -

GME ENTERTAINMENT, INC., ET AL.,

          Defendants.

09 Civ. 2508 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The default against defendant Roy Archer is **vacated**. The Order to Show Cause for a default judgment is denied. The time for defendant Archer to move or answer the Complaint is extended to **January 8, 2010**. The Clerk should note the address for service for Mr. Archer is: 221 Paine Ave., New Rochelle, NY, 10804. Mr. Archer's telephone number is 914-235-0157.

SO ORDERED.

Dated:    New York, New York
         December 23, 2009

                                  John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
12/29/09